[No. 42865-2-II.   Division Two.   December 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DERIK MAPLES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01984-3, John P. Wulle, J., entered December 1, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 43386-9-II.   Division Two.   December 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. COLIN MITCHELL MCCURDY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 11-1-00151-1, S. Brooke Taylor, J., entered April 25, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Penoyar and Spearman, JJ.

[No. 43643-4-II.   Division Two.   December 10, 2013.]

FUTUREWISE, *Appellant*, v. THE GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-01594-4, Lisa L. Sutton, J., entered May 24, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 43682-5-II.   Division Two.   December 10, 2013.]

THE CITY OF VANCOUVER, *Respondent*, v. ALBERT MCCLURE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01129-1, Robert A. Lewis, J., entered June 18, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, J.; Worswick, C.J., dissenting.